IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNY HALFACRE                                                                               PLAINTIFF
ADC #084410

V.                              NO.  1:04CV00098 WRW/JWC

CORRECTIONAL MEDICAL SERVICES, et al                                        DEFENDANTS

ORDER

Service has been returned unexecuted on Defendant Kingsland (see docket entry #19). Counsel for the Correctional Medical Services ("CMS") Defendants, Michelle Banks Odum, has indicated that Nurse Kingsland is not currently an employee of CMS and has not been for several months. Counsel further states that she has no knowledge of Defendant Kingsland's current whereabouts.

The Court has determined that appointment of counsel would best serve the interests of justice in this 42 U.S.C. § 1983 case. Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Teresa M. Smith (Attorney ID No. 96146), with the firm of Elmore & Smith, P.O. Box 393, Lonoke, Arkansas 72086-0393 (telephone number 501-676-5690), is hereby appointed to represent Plaintiff in all further proceedings in this action.

Should appointed counsel determine that Defendant Kingsland is a necessary party to this case, counsel should determine Kingsland's address and complete service within one hundred twenty (120) days from the date of appointment. If that is not done, this Defendant will be dismissed pursuant to Fed. R. Civ. P. 4(m).[1]

---

[1] Federal Rule of Civil Procedure 4(m) states in relevant part: "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff shall dismiss the action without prejudice as to that defendant . . . ." Id. This order serves as notice to Plaintiff of same.

The Clerk of Court is directed to send counsel a copy of this Order and a copy of Local Rule 83.7.  The Clerk is further directed to forward counsel a copy of this file fifteen days after the entry of this Order.

**Plaintiff must keep counsel informed of any changes in address, maintain contact with counsel and cooperate fully with counsel in preparation of the case. Failing to do so may result in dismissal of the case with prejudice for failure to comply with Court orders.**

IT IS SO ORDERED this 8th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE