IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNY HALFACRE                                                                                         PLAINTIFF
ADC #084410

V.                                           NO.  1:04CV00098 WRW

CORRECTIONAL MEDICAL SERVICES, et al                                       DEFENDANTS

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date and pursuant to orders entered February 3, 2005 (docket entry #10), March 7, 2005 (docket entry #15) and February 6, 2006 (docket entry #41), judgment is hereby entered dismissing Plaintiff's complaint in its entirety.  The dismissal is without prejudice as to Defendants Jonak, Cagle, Song, Davis, Deshano, Young, Smith, Does, and Kingsland. The dismissal is with prejudice as to all other Defendants and claims.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its orders, and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 13th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE